UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants.

**STIPULATION**

WHEREAS, the Plaintiff has requested that Defendants waive service of summonses in this action pursuant to Fed.R.Civ.P. 4(d) (hereinafter the "Request"); and

WHEREAS, the parties are desirous of avoiding the costs and delays associated with service;

THEREFORE, the Plaintiff and the Defendants hereby agree and stipulate as follows:

(1) Plaintiff's Request is hereby deemed to be a properly constituted and served "request for waiver" within the meaning of Fed.R.Civ.P. 4(d)(2);

(2) Defendants are hereby deemed to have timely returned a waiver of service, within the meaning of Fed.R.Civ.P. 4(d)(3), as of the date of this stipulation;

(3) Defendants shall answer or otherwise respond to the complaint within 60 days of the date of this stipulation;

(4) By entering this stipulation the Defendants waive only the defense of insufficiency of service of process (hereinafter the "sole waived defense");

(5) Except for the sole waived defense, Defendants do not waive, and expressly preserve and retain, any and all defenses and/or objections to this action (including without limitation all defenses and/or objections relating to the subject-matter jurisdiction and personal jurisdiction of the Court), and any and all other rights, privileges and claims.

Dated: ~~December 28, 2006~~ Jan 16 2007

By:

Counsel for Plaintiffs,

Matthew F. Medeiros (#1856)
LITTLE MEDEIROS KINDER
BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195
mfm@lmkbw.com

Counsel for the Defendants,

McIntyre, Tate & Lynch
David J. Strachman #4404
321 South Main St.
Providence RI 02906
401-351-7700
401-331-6095 (fax)
djs@mtlhlaw.com