UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants.

**STIPULATION**

The Plaintiff and the Defendants hereby agree and stipulate that Defendants' time to respond to the complaint shall be enlarged until March 20, 2007.

/s/ Matthew F. Medeiros
Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine St.
Providence, RI 02903
401-272-8080
mfm@lmkbw.com

Counsel for Plaintiff

/s/ David J. Strachman
David J. Strachman (#4404)
McIntyre, Tate, & Lynch LLP
321 South Main St.
Providence, RI 02906
401-351-7700
djs@mtlhlaw.com

Counsel for Defendant

Dated: March 19, 2007