UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of
the Estate of Yaron Ungar, et al.,

Defendants.

**DEFENDANTS' MOTION PURSUANT TO FED.R.CIV.P 12(b) TO DISMISS THE COMPLAINT**

Defendants hereby move pursuant to Fed.R.Civ.P 12(b) to dismiss the complaint. Defendants' motion is supported by the attached memorandum and exhibits thereto.

Defendants, by their Attorney

/s/David J. Strachman
David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

CERTIFICATION

I hereby certify that on the 20th th day of March, 2007, a true copy of the within was sent via ECF to counsel of record:

Matthew F. Medeiros
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine St.
Providence, RI 02903

/S/ David J. Strachman