RAMSEY CLARK
LAWRENCE W. SCHILLING

LAW OFFICES
37 WEST 12TH STREET 2B
NEW YORK, N.Y. 10011
212-989-8613
212-979-1583 FAX

August 15, 2005

Hon. Victor Marrero
United States Courthouse
40 Centre Street
Room 414
New York, New York 10007-1581

**BY FAX 212-805-6382**

**Re: Knox v. PLO**
**03 CV 4466 (VM)**

Dear Judge Marrero,

Consistent with their position in the several cases pending in U.S. courts against them for acts alleged to have occurred in Palestine or Israel, the defendants have instructed counsel to present only their position that U.S. courts have no jurisdiction over them and not to answer on the merits. Therefore no answer on the merits of the complaint will be filed.

This same position, that the Court has no jurisdiction over them, applies to the order for defendants to pay sanctions.

Sincerely,

Ramsey Clark
Ramsey Clark

cc: David Strachman (by fax) 401-331-6095
Lee Squitieri, Esq. (by fax) 212-575-2184