# LEBOEUF, LAMB, GREENE & MACRAE LLP

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
CHICAGO
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
PITTSBURGH
SAN FRANCISCO

GOODWIN SQUARE
225 ASYLUM STREET, 13TH FLOOR
HARTFORD, CT 06103
(860) 293-3500
FACSIMILE: (860) 293-3555

E-MAIL ADDRESS: THOMAS.ROHBACK@LLGM.COM
WRITER'S DIRECT DIAL: (860) 293-3557

LONDON
A MULTINATIONAL PARTNERSHIP
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
AFFILIATED OFFICE
ALMATY
BEIJING

October 24, 2006

VIA FACSIMILE AND MAIL
Robert J. Tolchin
Law Office of Jaroslawicz & Jaros
150 William Street, 19th Floor
New York, NY 10038

Re: **Palestine Investment Fund**

Dear Mr. Tolchin:

I received your letter dated October 20, 2006 in which you assert, among other things, that: 1) the Ungars now purport to own and control the PIF; 2) the Ungars have supposedly held a board meeting without notice in Khabla on October 19, 2006; 3) that they now claim to be the directors of the PIF; and 4) that you have replaced this firm as counsel to the PIF. Further, it is my understanding that you have written directly to the board members and officers of PIF to inform them that they have supposedly been discharged.

Let us be clear, we absolutely take issue with your assertions and intend to challenge them in an appropriate court of law. As you know, we announced our intention to file papers in the Connecticut proceeding just a day or two before your purported board meeting in Khabla. We still intend to make a filing.

Until a court has had an opportunity to hear our arguments, we insist that you immediately cease and desist from all further attempts to represent yourself as counsel to the PIF or to represent that the Ungars are the duly elected board members of the PIF. Please be advised that we will seek to hold you and the Ungars responsible for any and all damages that may be incurred as a result of your precipitous actions. We urge you to refrain from any further unilateral actions until these issues can be addressed by a court.

Sincerely yours,

Thomas G. Rohback /glg

Thomas G. Rohback

264933