UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants

**CERTIFICATE OF SERVICE**

I David J. Strachman, counsel for the Defendants herein, certify that on March 20 and on March 21, 2007 I served via direct email to Plaintiff's counsel all exhibits to Defendants' Motion to Dismiss, including specifically exhibits C and I, which were not filed with the Court via ECF.

Defendants, by their Attorney

/s/David J. Strachman

David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

CERTIFICATION

I hereby certify that on the 22nd day of March, 2007, a true copy of the within was sent via ECF to counsel of record:

Matthew F. Medeiros
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine St.
Providence, RI 02903

/S/ David J. Strachman