Case 1:06-cv-00501-L-DLM Document 9 Filed 03/23/2007 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

Civil Action No.: 06-501 L

v.

DAVID STRACHMAN, as the Administrator of The Estate of Yaron Ungar; DVIR UNGAR, Minor, By his Guardians and Next Friend; YISHAI UNGAR, By His Guardians and Next Friend; JUDITH UNGAR; MEIR UNGAR; URI DASBERG and JUDITH DASBERG, in their Capacity as Legal Guardians of Dvir Ungar and Yishai Ungar; MICHAL COHEN; AMICHAI UNGAR, and DAFNA UNGAR,

Defendants.

**STIPULATION EXTENDING TIME**

It is hereby stipulated, by and between undersigned counsel, that plaintiff may have up to and including May 9, 2007, to file its papers in opposition to defendants' motion to dismiss.

**Attorney for Plaintiff,**

/s/ Matthew F. Medeiros
Matthew F. Medeiros, Esq. (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Telephone: 401-272-8080
Fax: 401-521-3555
mfm@lmkbw.com

**Attorney for Defendants,**

/s/ David J. Strachman
David J. Strachman, Esq.
McIntyre Tate & Lynch, LLP
321 South Main Street
Suite 400
Providence, RI 02903
Telephone: 401-351-7700
Fax: 401-331-6095
djs@mtlhlaw.com

Dated: March 23, 2007

Enter: Ronald R. Lagueux
Sr. USDJ 3/29/07