UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLYE KNOX et al.,

Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION et al.,

Defendants.

03 Civ. 4466 (VM)

**ORDER**

For the reasons discussed at a hearing before the Court on July 14, 2005, it is hereby:

**ORDERED** that Defendants shall pay to Plaintiffs the $19,625.30 in fees and costs that the Court imposed as discovery sanctions by Order dated June 22, 2005 by no later than 30 days from the date of this Order, i.e., by no later than August 15, 2005, pursuant to Fed. R. Civ. P. 6(a); and it is further

**ORDERED** that Defendants shall file their answer to Plaintiffs' Complaint by no later than August 15, 2005; and it is further

**ORDERED** that in the event Defendants do not answer the Complaint by the date specified herein, Plaintiffs shall have leave to move for entry of judgment by default; and it is further

**ORDERED** that should judgment by default be entered, within twenty days thereof Plaintiffs shall file and serve

papers setting forth the particulars concerning their claims for damages; and it is finally

**ORDERED** that within thirty days of the filing of Plaintiffs' request for damages, the Court shall conduct an inquest for the purposes of determining any appropriate recovery.

**SO ORDERED.**

Dated: New York, New York
15 July 2005

VICTOR MARRERO
U.S.D.J.