LAW OFFICE OF

JAROSLAWICZ & JAROS

150 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038

(212) 227-2780

DAVID JAROSLAWICZ
(NY, FA & CA BARS)
ABRAHAM JAROS

ROBERT J. TOLCHIN
OF COUNSEL
RJT@tolchinlaw.com

October 24, 2006

**BY FAX, MAIL, AND EMAIL**
Thomas G. Rohback, Esq. (trohback@llgm.com)
Gail L. Gottehrer, Esq. (glgotteh@llgm.com)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street, 13th Floor
Hartford, Connecticut 06103

Fax: 860-293-3555

Re: The Palestine Investment Fund

Dear Tom and Gail,

This letter responds to your letter of October 24, 2006.

As was made crystal-clear to you in our letter of October 20, 2006, and the attachments thereto, the PIF is now owned by the Ungar family, the directors and management have been replaced, this firm has been retained by the PIF, and your representation of the PIF has been terminated.

Therefore, the content of your letter of October 24 is utterly baseless, and your claim to continue to represent the PIF is absolutely fraudulent.

We hereby caution you in the strongest of terms that if you or LeBoeuf Lamb takes any further action purporting to act on behalf of the PIF (including without limitation filing any court papers purporting to be from the PIF), the Ungars and the PIF will take all measures the law permits against you and your firm.

Interference with enforcement of a judgment is actionable both under state law and under RICO. *See e.g. Wooten v. Loshbough*, 649 F. Supp. 531 (N.D. Ind. 1986); *Cadle Co. v. Schultz*, 779 F. Supp. 392 (N.D. Tex. 1991). I remind you that the underlying judgment here exceeds $116 million, which trebled under RICO comes to some $350

million. LeBoeuf would not be the first law firm to be misled and then left in the lurch by the Palestinian Authority and the PLO.

Before you take any further steps, we strongly suggest that you bring this matter to the attention of LeBoeuf's oversight committee.

Additionally, since we glean from your letter that you are in contact with the former directors and managers of the PIF, we request that you warn them not to attempt to secrete or transfer assets and of the serious consequences that such conduct would entail for them personally.

Finally, LeBoeuf's threats against the Ungars, who are the orphans and family members of a U.S. citizen and his pregnant wife murdered in a terrorist attack, are shocking, unconscionable, and unethical.

Very truly yours,

Robert J. Tolchin

Robert J. Tolchin