UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants.

**DECLARATION OF AMICHAI UNGAR**

I, Amichai Ungar, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am the brother of the late Yaron Ungar, who was murdered along with his wife Efrat in a terrorist attack in June 1996.

2. I am one of the plaintiffs/judgment creditors in Estates of Ungar et al. v. the Palestinian Authority et al., C.A. 00-105L (D.R.I.) (hereinafter: "underlying action") and one of the defendants in the above-captioned action.

3. I was born in Houston, Texas, on November 11, 1976. I was a U.S. citizen at birth and I have remained a U.S. citizen continuously until today.

4. I have been resident and domiciled exclusively in Israel since the time of the filing of the underlying action (March 2000) until the present day. During that period (March 2000 through March 2007) I did not reside in the United States at any time and I did not own or rent any real property in the United States at any time.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

March 20, 2007

[signature]
Amichai Ungar