# EXHIBIT 1

LEBOEUF, LAMB, GREENE & MACRAE LLP

NEW YORK
WASHINGTON, D.C.
ALBANY
BOSTON
CHICAGO
HARTFORD
HOUSTON
JACKSONVILLE
LOS ANGELES
PITTSBURGH
SAN FRANCISCO

GOODWIN SQUARE
225 ASYLUM STREET, 13TH FLOOR
HARTFORD, CT 06103
(860) 293-3500
FACSIMILE: (860) 293-3555

E-MAIL ADDRESS: THOMAS.ROHBACK@LLGM.COM
WRITER'S DIRECT DIAL: (860) 293-3557

LONDON
A MULTINATIONAL PARTNERSHIP
PARIS
BRUSSELS
JOHANNESBURG
(PTY) LTD.
MOSCOW
RIYADH
AFFILIATED OFFICE
ALMATY
BEIJING

October 16, 2006

The Honorable Peter C. Dorsey
United States District Judge
District of Connecticut
United States Court House
141 Church Street
New Haven, CT 06510

**Re:** **<u>Strachman v. The Palestinian Authority, et al.</u>**
**Case No. 05-mc-00208-PCD**

Dear Judge Dorsey:

Last week this firm was asked to represent the Palestine Investment Fund ("PIF"). We are in the process of trying to ascertain relevant facts and to understand the current status of the legal issues involved in the above-captioned action. Although the PIF is not a party, it is our understanding that the action may involve requests for judicial rulings regarding PIF assets. While it is premature for us to indicate a specific legal position, we do wish to be heard.

We understand that a motion has been filed by Canaan Partners, and that this motion is sub judice. Expressly reserving all rights, including the right to contest jurisdiction, we respectfully request permission to file papers relating to that motion.

Respectfully submitted,

Thomas Rohback / glg

Thomas G. Rohback

cc: All counsel of record (via U.S. Mail)

2644612

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID STRACHMAN, Administrator of the Estate of Yaron Ungar, et al., | |
| Plaintiffs, | |
| -against- | Case No. 3:05-mc-00208-PCD |
| THE PALESTINIAN AUTHORITY, et al., | October 16, 2006 |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I caused a true and correct copy of the foregoing to be served by U.S. mail to the following:

David J. Strachman
McIntyre, Tate, Lynch & Holt-LLP
321 South Main Street
Suite 400
Providence, RI 02903

Stephen P. Wright
Harlow, Adams & Friedman, P.C.
300 Bic Drive
Milford, CT 06460

Jeffrey J. Tinley
Erin L. Golembiewski
Tinley, Nastri, Renehan & Dost
60 North Main Street, 2nd floor
Waterbury, CT 06702

Robert F. Maslan, Jr., Esq.
Maslan Brown & Associates, LLP
9 Old Kings Highway South
P.O. Box 37
Darien, CT 06820

Charles L. Kerr
Mark D. McPherson
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

Robert A. Alessi
Tamara L. Schlinger
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005

[signature]
Gail L. Gottehrer

264616