ARTICLE 6

BOARD OF DIRECTORS; COMMITTEES

6.1 *Appointment and Qualification of Directors.* The Company shall have a board of directors (the "Board of Directors") consisting of not less than seven nor more than nine Directors as shall be set from time to time by Resolution of the Shareholder. A diminution or expansion of the number of Directors shall be ratified by the vote of at least two-thirds of the whole Board of Directors. Directors shall be natural persons who may, but need not, be representatives of the Shareholder, but may not be officers, directors, employees, partners or Affiliates of any Portfolio Company, and no fewer than 50% of the Directors (other than the Chairman of the Board) shall be Independent Directors. The initial Directors for the Company shall be as set forth on Exhibit B hereto. The term of each of the initial Directors (including the Chairman of the Board of Directors) shall begin upon formation, and shall continue through the end of the first full calendar year following Commencement, (i.e. December 31, 2003). Thereafter, each director shall serve for a term of two years from the date of appointment or election to the Board of Directors and until his successor has been elected or appointed and qualified, or until his earlier death, resignation, retirement or removal from the Board of Directors pursuant to Section 6.4. Vacancies on the Board of Directors resulting from death, resignation, retirement or removal of a Director pursuant to Section 6.4 shall be filled pursuant to Section 6.10 and confirmed by the Shareholder, subject to the above requirements as to the composition of the Board of Directors and shall serve for the balance of the term of the Director whose vacancy is being filled. A vacancy in the position of Chairman of the Board of Directors shall be filled by a majority vote of the then serving members of the Board of Directors.

6.2 *Authority and Obligations of Board of Directors.* The Board of Directors shall have such powers, rights, authority and responsibilities with respect to the Company as are delegated to the Board of

Directors under these Articles, which, without limitation of the foregoing, shall include the following, inter alia:

(a) The business and affairs of the Company shall be managed by the Board of Directors who may exercise all such powers of the Company as are not, by the Act or by these Articles, required to be exercised by the Shareholder, subject to any delegation of such powers as may be authorized by these Articles and to such requirements as may be prescribed by a Resolution of the Shareholder; but no requirement made by a Resolution of the Shareholder shall prevail if it be inconsistent with these Articles nor shall such requirement invalidate any prior act of the Board of Directors that would have been valid if such requirement had not been made.

(b) The Board of Directors may, by a Resolution of Directors, appoint any Person, including a person who is a Director, to be an officer or agent of the Company.

(c) All checks, promissory notes, drafts, bills of exchange and other negotiable instruments, and all receipts for monies paid to the Company shall be signed, drawn, accepted, endorsed or otherwise executed, as the case may be, in such manner as shall from time to time be determined by Resolution of Directors.

(d) The Investment Guidelines may not be modified, amended or rescinded by Resolution of Directors; *provided* that, by Resolution of Directors, the Board of Directors may recommend to the Shareholder that it modify, amend or rescind the Investment Guidelines at a General Meeting.

(e) Subject to Section 6.3, the Board of Directors or any committee thereof may meet at such times and in such manner and places within Palestine as the Board of Directors may determine to be necessary or desirable.

(f) The Board of Directors shall meet at least quarterly. .

(g) The Board of Directors, with the advice of the Audit Committee, shall be responsible for annually approving (except in the case of the Company's first Fiscal Year) the Accountants, overseeing the preparation of annual and interim financial statements and, to the extent deemed appropriate by the Board of Directors, conferring with the Accountants in connection therewith, reviewing reports from the General Manager, approving those amendments to these Articles proposed by the General Manager that are not subject to the vote of the Shareholder, as specified elsewhere in these Articles, and meeting semiannually to review the performance of the Company and the General Manager.

(h) The Board of Directors (or a duly appointed committee thereof) shall review periodically the overall environmental performance of the Portfolio Companies and, if necessary, make recommendations to improve and strengthen such performance. The Board of Directors (or a duly appointed committee thereof) shall also review prospective investments by the Company for their compliance with applicable environmental requirements and shall consult with the Investment Committee in respect thereof.

(i) Each of the Directors shall perform his duties in good faith and with that degree of care that an ordinarily prudent person in a like position would use under similar circumstances. In performing his duties, a Director shall be entitled to rely on information, opinions, reports or statements, including financial statements and other financial data, in each case prepared or presented by:

(x) One or more officers or employees of the Company whom the Director believes to be reliable and competent as to the matters presented;

(y) Counsel, public accountants or other persons as to matters that the Director believes to be within such Person's professional or expert competence; or

(z) A committee of the Board of Directors upon which he does not serve, duly designated in accordance with these Articles, which committee the Director believes to

merit confidence, so long as in so relying he shall be acting in good faith and with such degree of care, but he shall not be considered to be acting in good faith if he has knowledge concerning the matter in question that would cause such reliance to be unwarranted.

An individual who so performs his duties shall have no liability by reason of being or having been a Director of the Company.

6.3 *Action by Board of Directors; Bylaws*

(a) The General Manager may, in his discretion, and shall, whenever the approval of the Board of Directors is required by these Articles for any action taken by the General Manager or the Shareholder, on behalf of the Company, or at the request of any one Director, call a meeting of the Board of Directors. Subject to subsection (b) below, not less than twenty-one (21) days' written notice of meetings of the Board of Directors shall be given to each Director. Notice of any meeting of the Board of Directors may be waived by a Director before, at or after the meeting. A majority of the Board of Directors shall constitute a quorum, and decisions of a majority of a quorum of the Board of Directors at a meeting shall constitute decisions of the Board of Directors. Directors may participate in a General Meeting by means of conference telephone or similar communications equipment by means of which all persons participating in the General Meeting can hear each other at the same time and participation by such means shall constitute presence in person at a meeting. Any action required or permitted to be taken by the Board of Directors at a General Meeting may be taken without a General Meeting if all of the Directors consent thereto in writing and the writing is filed with the records of the Company.

(b) The General Meetings of the Board of Directors, required pursuant to Section 6.2 to review the performance of the Company and of the General Manager, shall be held at the principal office

of the Company in Palestine at such times and on such dates as shall be designated by the Board of Directors, *provided* that the Board of Directors may at any meeting of the Board of Directors or in any by-law or regulation adopted by the Board of Directors pursuant to this Section 6.3 designate another location, within Palestine, at which to hold such meetings. The Board of Directors may fix by resolution the place, date and time for the holding of such regular semiannual meetings, in which case no notice of such regular semiannual meetings need be given to the Board of Directors; *provided, however,* that if the Board of Directors shall fix or change the time or place of any regular semiannual meeting, notice of such action shall be given to each Director not present at the time such action was taken by the Board of Directors.

(c) At every meeting of the Board of Directors, the Chairman of the Board of Directors shall preside as chairman of the meeting. If there is no Chairman of the Board of Directors or if the Chairman of the Board of Directors is not present at the meeting, the Board of Directors shall choose someone of their number to be the chairman of the meeting.

(d) The Board of Directors may adopt such bylaws, regulations and operating procedures to govern the conduct of its business as are consistent with these Articles and as the Board of Directors shall deem appropriate.

6.4 *Resignation and Removal of Directors.* Any Director may resign by written notice to the Company, and any Director may be removed, but only with cause, by Resolution of the Shareholder.

6.5 *Board of Directors Compensation. Directors shall not be entitled to any compensation for their service as Directors or as members of any Committee of the Board of Directors, except that Directors who are not also officers or employees of the Company shall be paid such amount as shall be approved by a Resolution of the Shareholder for their attendance at meetings of the Board of Directors or committees of the Board of Directors other than the regularly scheduled annual and semi-annual meetings of the Board of*

*Directors. Directors shall be reimbursed for all reasonable out-of-pocket expenses incurred by them in connection with their service on the Board of Directors.*

6.6 *Committees.* The Company shall have the following standing committees of the Board of Directors, the powers and responsibilities of which shall be as set forth in this Article 6: Audit Committee, Conflicts Committee, Investment Committee and Nominating Committee. The Board of Directors may designate from among its members such other committees, as it shall deem necessary or appropriate. Each committee of the Board of Directors, including the foregoing standing committees, shall consist of at least three (3) Directors, at least a majority of whom shall be Independent Directors (with the exception of the Nominating Committee, all of the members of which shall be Independent Directors), who shall, except as may be indicated with respect to any particular committee, be elected or appointed annually by the vote of a majority of the whole Board of Directors. Each of the committees so established, including the standing committees, shall have such authority of the Board of Directors as may be provided in these Articles or in the resolution of the Board of Directors establishing such committee, except that no such committee shall have authority as to (i) the establishment or authorization of committees of the Board of Directors or the filling of vacancies in the Board of Directors or in any committee of the Board of Directors; (ii) the amendment of these Articles; or (iii) the amendment or repeal of any resolution of the Board of Directors that by its terms shall not be so amendable or repealable. The Board of Directors may designate one or more Directors as alternate members of any committee of the Board of Directors, who may replace any absent or disqualified member or members at any meeting of such committee, *provided* that any alternate to an Independent Director must himself be an Independent Director.

6.7 *Audit Committee.* All Audit Committee members shall be financially literate and at least one member shall have accounting or related financial management expertise. In discharging its

responsibilities, the Audit Committee shall have full access to all books, records, facilities and personnel of the Company, shall have the power to retain outside counsel or other experts and shall have the authority to investigate any matter. The following shall be the principal recurring processes of the Audit Committee in carrying out its responsibilities:

(a) The Audit Committee shall have the authority and the responsibility, for and on behalf of the Company's Board of Directors, to (i) oversee and monitor all aspects of the Company's accounting and financial reporting processes and (ii) take any actions as it may deem desirable or appropriate to provide for the reliability and credibility of the Company's financial statements and the integrity of the Company's financial reporting process.

(b) The Audit Committee shall have a clear understanding with the Company's management and the Accountants that the Accountants are ultimately accountable to the Company's Board of Directors and the Audit Committee, as representatives of the Shareholder, and that such Shareholder's representatives have the authority and responsibility to select, evaluate and replace the independent auditors.

(c) The Audit Committee shall discuss with the Accountants the overall scope and plans for their audits including the adequacy of staffing and compensation.

(d) The Audit Committee shall review with management and the Accountants the Company's annual and interim financial statements.

6.8 *Conflicts Committee*. The Conflicts Committee shall consult with the Board of Directors in the event of conflicts of interest, shall act thereon as contemplated under these Articles or otherwise, shall review general economic and financial trends, and shall review all Portfolio Investments. Neither the Conflicts Committee nor any member thereof shall take part in the management or control of the Company's affairs, transact any business in the Company's name or have any power to sign documents

for or otherwise bind the Company. Without limiting the generality of the foregoing, the Conflicts Committee shall review and prepare a report to the Board of Directors concerning any proposed Portfolio Investment in which the General Manager, any other officer of the Company or any Director shall have an interest. Without the approval of the Conflicts Committee, the Company shall not offer any Person co-investment opportunities in the Portfolio Investment that are on better terms than the terms on which the Company will invest or that do not provide that such Person must dispose of such investment at the same time and on no better terms than those received by the Company. Without the approval of the Conflicts Committee or of the Board of Directors as provided in Section 5.3(a), the Company will not purchase any security from the General Manager, any other officer of the Company or a Director or any Affiliate thereof or from any account managed by any of them or their respective Affiliates or buy from, sell to or invest in any other entity in which any such Person or his Affiliate holds a material investment or is in a position to control.

6.9 *Investment Committee.* The Investment Committee shall review all Portfolio Companies proposed for investment by the Company, shall supervise, and receive and consider the reports of, the Persons conducting transparency diagnostic reviews of proposed Company investments and, subject to the Investment Guidelines, shall approve the investments by the Company and the terms and conditions of any such investment.

6.10 *Nominating Committee.* The Nominating Committee shall nominate Persons to fill Board of Directors vacancies.

6.11 *Actions by Committees.* Each committee may adopt its own operating rules, subject to the provisions of these Articles and such other operating guidelines as may be adopted from time to time by the Board of Directors and provided that a quorum for the proper constitution for action of any meeting of any committee on which there is required to be one or more Independent Directors shall only be present if

there is at least one Independent Director member of such committee actually present at such meeting. Each committee shall act by simple majority vote of the members of the committee, except that the approving vote of at least one Independent Director shall be required for action or approval by any committee on which there is required to be one or more Independent Directors.

ARTICLE 7

CAPITALIZATION AND CAPITAL ACCOUNTS

7.1 *Issuance of Shares*. The number of Shares that the Company is authorized to issue is one thousand (1,000) shares of common stock, all of which shall be issued solely and exclusively to the Shareholder. Shares in the Company shall be issued in consideration of the contribution by the Shareholder of the initial Portfolio Investments. The Company may purchase, redeem or otherwise acquire and hold its own Shares only if requested by the Shareholder.

7.2 *Share Certificates*. The Company shall issue to the Shareholder a certificate or certificates signed by a Director or officer of the Company and under the Seal specifying the Shares held by it. If a share certificate for registered Shares is worn out or lost it may be renewed on production of the worn out certificate or on satisfactory proof of its loss together with such indemnity as may be required by a Resolution of Directors.

7.3 *Share Register*. The Board of Directors of the Company shall cause to be kept a Share register containing the names and addresses of the Persons who hold registered Shares in the Company; the number of each class and series of registered Shares held by each Person; and the date on which the name of each Person was entered in the Share register. The Share register may be in any form approved by the Board of Directors, including magnetic, electronic, or other data storage form, so long as legible evidence of its contents may be produced. A copy of the Share register, commencing from the date of the registration of the Company, shall be kept at the principal office of the Company.

ARTICLE 8

VALUATION OF COMPANY ASSETS

8.1 *Marketable Securities.* A Marketable Security held by the Company that is listed on a recognized Securities exchange shall be valued at its closing sale price on such exchange (or, lacking any sales on such exchange on such day, the mean between the closing bid and asked prices thereof), and the value of a Marketable Security quoted in an over-the-counter market shall be the most recent bid price thereof in the over-the-counter market in which it is most actively traded, as determined in good faith by the Board of Directors (or a duly appointed committee thereof).

8.2 *Securities Other Than Marketable Securities; Other Assets.* Securities held by the Company that are not Marketable Securities and assets other than Securities shall be valued at their fair market value as determined in good faith by the Board of Directors (or a duly appointed committee thereof) based upon such factors as the Board of Directors (or a duly appointed committee thereof) considers relevant and appropriate and are set forth in the Valuation Guidelines, including, in the case of Securities, a comparison with market values for Securities of the same or similar issuers in terms of size and industry, the investment risk and potential, recent sales and marketability, and provided that holdings of traded physical commodities will be valued at their current market values based on closing sale prices (or the mean between the closing bid and asked prices on days when no sales occur) in the principal market on which such commodities are normally traded.

8.3 *Liabilities.* Liabilities of the Company shall be taken at the amounts at which they are carried on the books of the Company, reasonable provision to be made, however, for contingent or other liabilities not reflected on such books and, in the case of the liquidation of the Company, for the expenses of the liquidation and winding up of the Company's affairs.