# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

THE ESTATE OF YARON UNGAR by and through its Administrator, DAVID STRACHMAN; DVIR UNGAR, minor, by his guardians and next friends, YISHAI UNGAR, minor, by his guardians and next friends, PROFESSOR MEIR UNGAR, JUDITH UNGAR, individually and in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; RABBI URI DASBERG, and JUDITH DASBERG, in their capacity as legal guardians of Plaintiffs DVIR UNGAR and YISHAI UNGAR; AMICHAI UNGAR; DAFNA UNGAR; and MICHAL COHEN,

Plaintiffs,

-against-

ORASCOM TELECOM HOLDING S.A.E (a/k/a "Orascom Telecom" a/k/a "OTH") and THE PALESTINE INVESTMENT FUND (a/k/a "Palestinian Investment Fund" a/k/a "Sharekat Sundouk al-Istithmar al-Filistinee")

Defendants.

---------------------------------------------------------------------X

Case No. 05-CV-7765 (CM) (LMS)

**OFFER TO ALLOW JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant The Palestine Investment Fund hereby gives notice to all the Plaintiffs in this action that The Palestine Investment Fund consents to entry of final judgment against it in this action, in favor of all Plaintiffs herein, stating as follows:

Final judgment for the Plaintiffs, The Estate of Yaron Ungar, Dvir Ungar, Yishai Ungar, Meir Ungar, Judith Ungar, Amichai Ungar, Dafna Ungar and Michal Cohen, against Defendant, The Palestine Investment Fund (a/k/a Sharekat Sundouk al-Istithmar al-Filistinee a/k/a The Palestine Investment Fund Company).

Plaintiffs are entitled to enforce the final judgment entered in their favor and against the Palestinian Authority by the United States District Court for the District of Rhode Island on July 13, 2004, in the matter captioned as *The Estates of Yaron Ungar and Efrat Ungar, et al., v. The Palestinian Authority et al.*, C.A. No. 00-1O5L, against and from any and all assets titled to The Palestine Investment Fund, including without limitation any and all debts payable, due or owed to The Palestine Investment Fund.

The Palestine Investment Fund is liable for the Plaintiffs' costs in this action accrued as of the date of this judgment.

Dated: New York, New York
October 26, 2006

Yours,

JAROSLAWICZ & JAROS, ESQS.
*Attorneys for Defendant*
*The Palestine Investment Fund*

by: ______________________
Robert J. Tolchin (RT 3713)

150 William Street, 19th Floor
New York, New York 10038
(212) 227-2780

TO: Jaroslawicz & Jaros
*Attorneys for the Plaintiffs*
150 William Street, 19th floor
New York, New York 10038
(212) 227-2780

White & Case, LLP
*Attorneys for the defendant Orascom Telecom*
701 Thirteenth St. N.W.
Washington, D.C. 20005
(202) 626-3600

(Ungar v. Orascom Telecom, Docket no. 05-CV-7765)

**DECLARATION OF SERVICE**

Robert J. Tolchin, an attorney licensed to practice law before the courts of the State of New York and a member of the bar of this court, declares the following to be true subject to the penalty for perjury:

I am over the age of 18, am not a party to this case, and am not related to any party to this case. On this date, I caused the within:

**OFFER TO ALLOW JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

to be served on the following addresses by placing same in a properly addressed, post paid wrapper:

Jaroslawicz & Jaros
150 William Street, 19th floor
New York, New York 10038

White & Case, LLP
701 Thirteenth St. N.W.
Washington, D.C. 20005

Dated: Brooklyn, New York
October 26, 2006

Robert J. Tolchin