# EXHIBIT 8

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. 3:05mc208 (PCD)

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**PLAINTIFFS' MOTION FOR A TURNOVER ORDER AND APPOINTMENT OF A RECEIVER TO SELL PARTNERSHIP INTERESTS**

For the reasons set forth in the accompanying Memorandum, Plaintiffs/Judgment Creditors respectfully move for an Order

(1) Directing Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V., Canaan Equity III Offshore C.V., Canaan Offshore Management N.V. and Canaan Partners to turnover to the Sheriff, for further transfer to the Plaintiffs/Judgment Creditors in partial satisfaction of their judgment in this matter, all cash partnership distributions and any other assets or property (except for the partnership interests which are described in (2) below) owed, due and/or belonging to The Palestine Investment Fund;

(2) Directing that a person to be selected by the Court be appointed as a receiver of this Court empowered to sell and convey all partnership interests of the Palestine Investment Fund in Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V., and to remit the proceeds of such sale to the

Plaintiffs/Judgment Creditors in partial satisfaction of their judgment in this matter; and

(3) Granting any further relief that the Court finds just, necessary or appropriate.

Plaintiffs, by their Attorneys,

/s/ Stephen P. Wright
Stephen P. Wright ct02255
Harlow, Adams & Friedman, P.C.
300 Bic Drive
Milford, CT 06460
(203) 878-0661
(203) 878-9568 (fax)

David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. 3:05mc208 (PCD)

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**[PROPOSED] ORDER**

For the reasons set forth in Plaintiffs' Motion for a Turnover Order and Appointment of a Receiver to Sell Partnership Interests, and the Memorandum submitted in support thereof, it is hereby

ORDERED, that Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V., Canaan Equity III Offshore C.V., Canaan Offshore Management N.V. and Canaan Partners shall forthwith turnover to the Sheriff, for further transfer to the Plaintiffs/Judgment Creditors in partial satisfaction of their judgment in this matter, all cash partnership distributions and any other assets or property (except for the partnership interests which are described below) owed, due and/or belonging to The Palestine Investment Fund; and it is further

ORDERED that ________________________ shall be and hereby is appointed as a receiver of this Court empowered to sell and convey all partnership interests of the Palestine Investment Fund in Canaan Equity II Offshore C.V. and Canaan Equity III

Offshore C.V., and to remit the proceeds of such sale to the Plaintiffs/Judgment Creditors in partial satisfaction of their judgment in this matter.

**SO ORDERED**

Date:

______________________________
United States District Judge

CERTIFICATION

I hereby certify that on the 25th day of October, 2006, a true copy of the within was sent both via ECF and email to:

Robert F. Maslan, Jr.
9 Old King's Highway South
P.O. Box 37
Darien, CT 06820
(email maslan@maslanbrown.com)

Robert A. Alessi
Tamara L. Schlinger
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005-1702
(email ralessi@cahill.com, tschlinger@cahill.com)

Charles L. Kerr
Mark D. McPherson
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY 10104-0050
(email ckerr@mofo.com, mmcpherson@mofo.com)

Jeffrey J. Tinley
Erin L. Golembiewski
TINLEY, NASTRI, RENEHAN & DOST
60 No. Main Street, Second Floor
Waterbury, CT 06702
(email jtinley@tnrdlaw.com, egolembiewski@tnrdlaw.com)

/s/ Stephen P. Wright

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. 3:05mc208 (PCD)

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR A TURNOVER ORDER AND APPOINTMENT OF A RECEIVER TO SELL PARTNERSHIP INTERESTS**

**Introduction**

Plaintiffs/Judgment Creditors ("Ungars") hold a final judgment against the Palestinian Authority ("PA") in the amount of $116,409,123 which they seek to enforce in this Court against partnership interests in Canaan Equity Offshore C.V., Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V..

The partnership interests are nominally titled to The Palestine Investment Fund ("PIF") and Becont Ltd, which are holding companies established by the PA.

The ownership and management of the PIF have recently undergone a significant change. On September 19, 2006, the United States District Court in Rhode Island entered a final judgment assigning all of the PA's ownership rights in the PIF to the Ungars, and the directors and management of the PIF have been replaced.

Contemporaneously with the filing of this motion, the PIF is appearing in this matter to notify the Court of its consent to the Ungars' enforcement proceedings against the partnership interests in Canaan titled to the PIF.

Thus, the instant motion is being made with the consent of the sole interested party, and the relief sought herein therefore can and should be granted forthwith.[1]

## I. CANAAN SHOULD BE ORDERED TO TURNOVER ALL PARTNERSHIP DISTRIBUTIONS OWED TO THE PIF

The PIF has limited partnership interests in Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V.. *See* Affidavit of Guy M. Russo (Exhibit A), at 8.

As of May, 2005, the Canaan entities owed PIF cash partnership distributions in the amount of $194,719.44, arising from the PIF's limited partnership interests. *See* Exhibit B.

Presumably, this sum has grown considerably since that time.

Section 52-356b of the Connecticut General Statutes, applicable here by operation of Fed.R.Civ.P. 69, authorizes the Court to issue a turnover order commanding a third party to turnover personal property in satisfaction of a judgment.

Therefore, the Court can and should issue an order commanding Canaan to turnover to the sheriff all partnership distributions and any other assets or property (except for the partnership interests which are discussed in Section II below) in satisfaction of the Ungars' judgment.

## II. A RECEIVER SHOULD BE APPOINTED TO SELL THE PIF'S PARTNERSHIP INTERESTS

As noted, the PIF has limited partnership interests in Canaan Equity II Offshore C.V. and Canaan Equity III Offshore C.V. *See* Exhibit A at 8.

---

[1] In light of the PIF's appearance and its consent to the relief sought by the Ungars, both prongs of Canaan's pending motion (for joinder of the PIF and for a bond to cover its costs in future proceedings) have been mooted in respect to the PIF.

Sale of a limited partnership interest of this nature by the sheriff in a public sale would be difficult and impractical. These are long-term investments worth millions of dollars, and the pool of potential buyers is narrow and highly specific.

Also, Canaan has expressed interest in providing input regarding the identity of the purchaser and the mechanics of the sale. While Canaan has no right to veto a purchaser or to dictate the sale procedure, the Ungars have no objection, *ex gratia*, to allowing Canaan to assist in locating a buyer and facilitating the sale. Canaan may well know of other limited partners interested in purchasing the interests of the PIF.

Therefore, sale of the partnership interests by a receiver would most efficient, just and fair to all concerned. The Court is empowered to appoint a receiver to sell the partnership interests under C.G.S. §§ 52-356b and § 52-504, as well as Fed.R.Civ.P. 66.

## III. CONCLUSION

The instant motion should be granted.

Plaintiffs, by their Attorneys,

/s/ Stephen P. Wright
Stephen P. Wright ct02255
Harlow, Adams & Friedman, P.C.
300 Bic Drive
Milford, CT 06460
(203) 878-0661
(203) 878-9568 (fax)

David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

I hereby certify that on the 25th day of October, 2006, a true copy of the within was sent both via ECF and email to:

Robert F. Maslan, Jr.
9 Old King's Highway South
P.O. Box 37
Darien, CT 06820
(email maslan@maslanbrown.com)

Robert A. Alessi
Tamara L. Schlinger
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005-1702
(email ralessi@cahill.com, tschlinger@cahill.com)

Charles L. Kerr
Mark D. McPherson
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY 10104-0050
(email ckerr@mofo.com, mmcpherson@mofo.com)

Jeffrey J. Tinley
Erin L. Golembiewski
TINLEY, NASTRI, RENEHAN & DOST
60 No. Main Street, Second Floor
Waterbury, CT 06702
(email jtinley@tnrdlaw.com, egolembiewski@tnrdlaw.com)

/s/ Stephen P. Wright

# **<u>Exhibit A.</u>**

Motion to file Exhibit "A" under seal pending.

# **Exhibit B.**

Motion to file Exhibit "B" under seal pending.