# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. 3:05mc208 (PCD)

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**STATEMENT OF THE PALESTINE INVESTMENT FUND**

The Palestine Investment Fund hereby respectfully notifies the Court that it consents to all the relief sought in Plaintiffs' Motion for a Turnover Order and Appointment of a Receiver to Sell Partnership Interests.

The Palestine Investment Fund
by its attorneys

/s/ Stephen P. Wright
Stephen P. Wright ct02255
Harlow, Adams & Friedman, P.C.
300 Bic Drive
Milford, CT 06460
(203) 878-0661
(203) 878-9568 (fax)

-Of Counsel-

Robert J. Tolchin, Esq.
JAROSLAWICZ & JAROS
Attorneys for the Palestine Investment Fund
150 William Street, 19th floor
New York, New York 10038
(212) 227-2780

CERTIFICATION

I hereby certify that on the 25th day of October, 2006, a true copy of the within was sent both via ECF and email to:

Robert F. Maslan, Jr.
9 Old King's Highway South
P.O. Box 37
Darien, CT 06820
(email maslan@maslanbrown.com)

Robert A. Alessi
Tamara L. Schlinger
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005-1702
(email ralessi@cahill.com, tschlinger@cahill.com)

Charles L. Kerr
Mark D. McPherson
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY 10104-0050
(email ckerr@mofo.com, mmcpherson@mofo.com)

Jeffrey J. Tinley
Erin L. Golembiewski
TINLEY, NASTRI, RENEHAN & DOST
60 No. Main Street, Second Floor
Waterbury, CT 06702
(email jtinley@tnrdlaw.com, egolembiewski@tnrdlaw.com)

/s/ Stephen P. Wright