# EXHIBIT 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. 3:05mc208 (PCD)

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**MOTION FOR DETERMINATION OF INTERESTS IN DISPUTED ASSETS**

Movant, The Palestine Investment Fund ("PIF"), by their undersigned counsel, pursuant to Connecticut General Statute § 52-356c, hereby move the Court for the following relief:

1. An order consistent with Movant's Statement which is attached as Appendix "B" to the Connecticut Judicial Department form entitled, "Property Execution Proceedings Claim for Determination of Interests in Disputed Property" (Form JD-CV-5c) attached hereto. *See* Connecticut General Statute § 52-5-356c(b) (The claim [for Determination of Interests in Disputed Property]. . . shall be filed with the superior court, on a prescribed form as a supplemental proceeding to the original action").

The Palestine Investment Fund
by its attorneys

/s/ Stephen P. Wright
Stephen P. Wright ct02255
HARLOW, ADAMS & FRIEDMAN, P.C.
300 Bic Drive
Milford, CT 06461
(203) 878-0661

-Of Counsel-

Robert J. Tolchin, Esq.
JAROSLAWICZ & JAROS
Attorneys for the Palestine Investment Fund
150 William Street, 19th floor
New York, New York 10038
(212) 227-2780

CERTIFICATION

I hereby certify that on the 26th day of October, 2006, a true copy of the within was sent via e-mail:

Robert F. Maslan, Jr.
9 Old King's Highway South
P.O. Box 37
Darien, CT 06820

Robert A. Alessi
Tamara L. Schlinger
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005-1702

Charles L. Kerr
Mark D. McPherson
MORRISON & FOERSTER
1290 Avenue of the Americas
New York, NY 10104-0050

Jeffrey J. Tinley
Erin L. Golembiewski
TINLEY, NASTRI, RENEHAN & DOST
60 No. Main Street, Second Floor
Waterbury, CT 06702

/s/ Stephen P. Wright
Stephen P. Wright

# PROPERTY EXECUTION PROCEEDINGS CLAIM FOR DETERMINATION OF INTERESTS IN DISPUTED PROPERTY

JD-CV-5c Rev. 3-02.
C.G.S. 52-356c

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.state.ct.us

CLM

INSTRUCTIONS

*JUDGMENT CREDITOR OR ATTORNEY, OR PERSON CLAIMING INTEREST IN PROPERTY*

1. *Complete application in triplicate.*
2. *Present original and one copy to the clerk of court.*
3. *Retain copy for your file.*

*CLERK*

1. *Upon filing of claim set down for hearing on date certain.*
2. *Complete and sign order of notice.*
3. *Retain copy for file.*

*(NOTE: A claim concerning an interest in personal property sought to be levied on or a claim that the execution will prejudice the superior interest of a third person may be made by the third person or the judgment creditor within 20 days of the service of execution or upon application by the judgment creditor for a turnover order.)*

DOCKET NO. 3:05mc208 (PCD)

DATE OF JUDGMENT

☐ JUDICIAL DISTRICT ☐ HOUSING SESSION ☐ SMALL CLAIMS AREA AT U.S. DISTRICT COURT ☐ G.A.

ADDRESS OF COURT
141 Church Street, New Haven, CT 06510

ORIGINAL CASE CAPTION
Estate of Ungar v. The Palastenian Auth., et al

DATE OF SERVICE OF EXECUTION OR APPLICATION FOR TURNOVER ORDER 10/25/2006

NAME(S) AND ADDRESS(ES) OF JUDGMENT CREDITOR(S)
See Appendix "A"

NAME(S) AND ADDRESS(ES) OF JUDGMENT DEBTOR(S)
The Palestinian Authority - The Palastein Liberation Organization - 1717 K. Street NW, Suite 407, Washington, D.C. 20006

NAME(S) AND ADDRESS(ES) OF PERSON(S) CLAIMING INTEREST IN PROPERTY
See Appendix "A"

DESCRIPTION OF PROPERTY IN WHICH INTEREST IS CLAIMED
See Appendix "B"

STATEMENT OF BASIS OF CLAIM, SUPERIOR INTEREST OR NATURE OF DISPUTE *(Attach additional sheets if more room is needed)*

See Appendix "B"

DATE SIGNED 10-25-06

SIGNED *(Note: Signing this document constitutes the appearance of any third person claimant.)* X [signature]

TYPE IN NAME OF PERSON SIGNING AT LEFT Stephen P. Wright, Esq.

FOR THE JUDGMENT CREDITOR OR PERSON CLAIMING INTEREST: (Name and address of Attorney or Pro Se Movant)
Harlow, Adams & Friedman, P.C., 300 Bic Drive, Milford, CT 06461

TEL. NO. 203-878-0661

JURIS NO. (If attorney or firm) ct02255

## ORDER FOR HEARING AND NOTICE

| DATE OF HEARING | TIME OF HEARING (am/pm) | COURTROOM | ADDRESS OF COURT (If different from above) |
|---|---|---|---|
| | | | |

The foregoing claim having been presented to the court, it is hereby ordered that a hearing be held thereon at a session of this court to be held within and for the above-named Court Location shown above on the Date and Time shown above, and that the applicant give notice to all persons known to claim an interest in the disputed property of the pendency of such claim and of the time and place where it will be heard, by having a true and attested copy of the claim and of this order served upon the interested persons in the manner prescribed by law, at least six days before the date of the hearing.

DATED AT (Town)

ON (Date)

BY THE COURT

SIGNED *(Assistant Clerk)*

*FOR COURT USE ONLY*

TO ANY PROPER OFFICER

By authority of the State of Connecticut you are hereby commanded to serve a true and attested copy of the above claim upon the judgment creditor(s), judgment debtor(s) and person (s) claiming an interest in property named above by leaving in their hands or at their usual place of abode on or before six days before the hearing date shown above.

Hereof fail not but due service and return make.

DATED AT (Town)

SIGNED *(Assistant Clerk)*

APPENDIX "A"

1. The Estate of Yaron Ungar
2. Dvir Ungar
3. Yishai Ungar
4. Judith Ungar
5. Meir Ungar
6. Michal Cohen
7. Amichai Ungar
8. Dafna Ungar

APPENDIX "B"

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ESTATE OF YARON UNGAR, et al.

Plaintiffs – Judgment Creditors

v. 3:05mc208 (PCD)

THE PALESTINIAN AUTHORITY, et al.

Defendants – Judgment Debtors

**STATEMENT OF THE PALESTINE INVESTMENT FUND**

The Palestine Investment Fund hereby respectfully notifies the Court that it consents to all the relief sought in Plaintiffs' Motion for a Turnover Order and Appointment of a Receiver to Sell Partnership Interests.

The Palestine Investment Fund
by its attorneys

/s/ Stephen P. Wright
Stephen P. Wright ct02255
Harlow, Adams & Friedman, P.C.
300 Bic Drive
Milford, CT 06460
(203) 878-0661
(203) 878-9568 (fax)

-Of Counsel-

Robert J. Tolchin, Esq.
JAROSLAWICZ & JAROS
Attorneys for the Palestine Investment Fund
150 William Street, 19th floor
New York, New York 10038
(212) 227-2780