**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff, C.A. No. 06-501L

v.

DAVID STRACHMAN, as the Administrator of The Estate of Yaron Ungar; DVIR UNGAR, Minor, By his Guardians and Next Friend; YISHAI UNGAR, By His Guardians and Next Friend; JUDITH UNGAR; MEIR UNGAR; URI DASBERG and JUDITH DASBERG, in their Capacity as Legal Guardians of Dvir Ungar and Yishai Ungar; MICHAL COHEN; AMICHAI UNGAR, and DAFNA UNGAR,

Defendants.

**DECLARATION OF THOMAS G. ROHBACK, ESQ. IN SUPPORT OF PLAINTIFF LEBOEUF, LAMB, GREENE & MACRAE LLP'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Thomas G. Rohback hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the firm of LeBoeuf, Lamb, Greene & MacRae LLP ("LeBoeuf"). I have been a member of LeBoeuf since 1987.

2. The statements set forth in this Declaration are based upon my own personal knowledge.

3. On October 20, 2006, LeBoeuf received a letter from Robert Tolchin ("Tolchin"), Counsel for the Administrator of the Estate of Yaron Ungar ("Administrator"), stating that the Ungars now owned the Palestine Investment Fund ("PIF"), that he now represented the PIF, and that LeBoeuf had been discharged. A copy of that letter is attached to the Memorandum in Support of Defendants' Motion Pursuant to Fed. R. Civ. P. 12(b) ("Administrator's Brief") as Exhibit F.

4. By letters dated October 20, 2006, addressed to Dr. Mohammed Mustafa, the Chief Executive Officer of the PIF, and other directors of the PIF, Tolchin informed them that the Ungars had purportedly dismissed the directors and officers of the PIF and appointed themselves as the new directors and officers of the PIF. A copy of the letters is attached to the Declaration of Dr. Mohammed Mustafa as Exhibit A.

5. On October 24, 2006, I wrote back to Tolchin explaining that LeBoeuf could not simply abandon a legal representation that it had been asked to undertake and that LeBoeuf's intention was to obtain guidance from the Court. A copy of that letter is attached to the Administrator's Brief as Exhibit G.

6. In response to that letter, Tolchin sent a letter to me dated October 24, 2006 in which he threatened $350,000,000 in trebled damages under the Racketeer Influenced and Corrupt Organizations Act ("RICO") against LeBoeuf if it filed any papers with any Court on behalf of the PIF. A copy of that letter is attached to the Administrator's Brief as Exhibit H.

7. In that letter, Tolchin also stated that LeBoeuf's "claim to continue to represent the PIF is absolutely fraudulent." Tolchin then threatened "if you or LeBoeuf Lamb takes any further action purporting to act on behalf of the PIF (including without limitations filing any court papers purporting to be from the PIF), the Ungars and the PIF will take all measures the law permits against you and your firm" including seeking $350,000,000 in RICO damages.

8. Based on the Administrator's threat to sue me and LeBoeuf for RICO damages if we filed any papers on behalf of the PIF, LeBoeuf's ability to represent the PIF was substantially chilled.

9. Given the Administrator's threat to sue me and LeBoeuf under RICO, LeBoeuf and I were unwilling to expose ourselves to a threatened $350,000,000 lawsuit by filing any papers in any of these actions on behalf of the PIF. Even without regard to the merit of such a threatened suit, LeBoeuf and I understood that such a suit would involve cost and distraction from our legal work. Accordingly, LeBoeuf has sought judicial guidance.

10. LeBoeuf filed this declaratory judgment action to have this Court determine whether LeBoeuf has been replaced as counsel to the PIF or whether LeBoeuf can continue to represent the PIF without being inhibited by the threat of being sued in federal court on RICO charges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2007.

Thomas G. Rohback

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2007, a true copy of the within Declaration of Thomas G. Rohback, Esq. in Support of Plaintiff LeBoeuf, Lamb, Greene & MacRae LLP's Opposition to Defendants' Motion to Dismiss the Complaint as sent via ECF to counsel of record:

David J. Strachman, Esq.
McIntyre Tate & Lynch, LLP
321 South Main Street
Suite 400
Providence, RI 02903
Telephone: 401-351-7700
Fax: 401-331-6095
djs@mtlhlaw.com

/s/ Matthew F. Medeiros