**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

C.A. No. 06-501L

v.

DAVID STRACHMAN, as the Administrator of The Estate of Yaron Ungar; DVIR UNGAR, Minor, By his Guardians and Next Friend; YISHAI UNGAR, By His Guardians and Next Friend; JUDITH UNGAR; MEIR UNGAR; URI DASBERG and JUDITH DASBERG, in their Capacity as Legal Guardians of Dvir Ungar and Yishai Ungar; MICHAL COHEN; AMICHAI UNGAR, and DAFNA UNGAR,

Defendants.

**DECLARATION OF DR. MOHAMMED MUSTAFA IN SUPPORT OF PLAINTIFF LEBOEUF, LAMB, GREENE & MACRAE LLP'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Dr. Mohammed Mustafa hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Executive Officer of the Palestine Investment Fund ("PIF") and a member of the Board of Directors of the PIF. I have held these positions since December 2005.

2. The statements set forth in this Declaration are based upon my own personal knowledge.

3. In early October 2006, I requested that LeBoeuf, Lamb, Greene & MacRae LLP ("LeBoeuf") represent the PIF in connection with two actions involving the Administrator of the Estate of Yaron Ungar. Those actions are captioned Ungar v. Orascom Telecom Holding S.A.E., No. 05-CV-7765 (CM) (S.D.N.Y.) and Strachman v. Palestinian Authority, 05-mc-00208-PCD (D. Conn.).

4. On behalf of the PIF, I retained LeBoeuf to represent the PIF in these actions on or about October 9, 2006.

5. When I initially contacted LeBoeuf, the attorney I dealt with was Berge Setrakian. Since that time, the PIF has dealt with other attorneys at LeBoeuf, including Thomas Rohback and Gail Gottehrer.

6. The PIF considers LeBoeuf to be its lawyers and wants to be represented by LeBoeuf.

7. The PIF has not retained Robert Tolchin ("Tolchin") or the law firm of Jaroslawicz & Jaros to be its lawyers and does not consider them to be its lawyers. The PIF does not want to be represented by Tolchin or Jaroslawicz & Jaros.

8. I, along with other directors, have received letters from Tolchin stating that the Ungars have purportedly dismissed the directors and officers of the PIF and appointed themselves as the new directors and officers of the PIF. A true and correct copy of several of those letters is attached hereto as Exhibit A.

9. A court in Ramallah having jurisdiction over the PIF has ruled that the purported actions of the Ungars are invalid. A true and correct copy of the Order of the Ramallah Court of First Instance, dated November 7, 2006, in original Arabic and a translation of that Order are attached hereto as Exhibits B and C, respectively.

10. I have also seen a letter in which the Ungars state that they have fired LeBoeuf as counsel to the PIF and retained Tolchin and Jaroslawicz & Jaros to represent the PIF.

11. The PIF and its directors and officers reject the Ungars' attempt to fire LeBoeuf as counsel to the PIF.

12. In addition to addressing the change of control issue, the Ramallah Court of First Instance also ruled that LeBoeuf "shall be considered as the legal representative that represents [the PIF] and undertakes the defense of its rights and assets in the United States of America." *See* Exhibits B and C attached hereto.

13. The PIF has more than $116 million in assets. The PIF had more than $116 million in assets on September 19, 2006 when the Court entered the Final Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2007.

Dr. Mohammed Mustafa

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2007, a true copy of the within Declaration of Dr. Mohammed Mustafa in Support of Plaintiff LeBoeuf, Lamb, Greene & MacRae LLP's Opposition to Defendants' Motion to Dismiss the Complaint as sent via ECF to counsel of record:

David J. Strachman, Esq.
McIntyre Tate & Lynch, LLP
321 South Main Street
Suite 400
Providence, RI 02903
Telephone: 401-351-7700
Fax: 401-331-6095
djs@mtlhlaw.com

/s/ Matthew F. Medeiros