**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff, C.A. No. 06-501 L

v.

DAVID STRACHMAN, as the Administrator of The Estate of Yaron Ungar; DVIR UNGAR, Minor, By his Guardians and Next Friend; YISHAI UNGAR, By His Guardians and Next Friend; JUDITH UNGAR; MEIR UNGAR; URI DASBERG and JUDITH DASBERG, in their Capacity as Legal Guardians of Dvir Ungar and Yishai Ungar; MICHAL COHEN; AMICHAI UNGAR, and DAFNA UNGAR,

Defendants.

**APPENDIX OF AUTHORITIES IN SUPPORT OF**
**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS**


*American Airlines, Inc. v. Cardoza-Rodriguez*, 133 F.3d 111 (1st Cir. 1998) .............................. 1

*Cardtoons, L.C. v. Major League Baseball Players Ass'n*, 95 F.3d 959 (10th Cir. 1996) ............ 2

*Casas Office Machines, Inc. v. Mita Copystar America, Inc.*, 42 F.3d 668 (1st Cir. 1994) ........... 3

*Crane v. Buckley*, 105 F. 401 (N.D. Cal. 1900) .............................................................. 4

*Esso Standard Oil Co. v. Zayas*, 352 F. Supp. 2d 165 (D.P.R. 2005) ........................................... 5

*Estate of Yaron Ungar v. Palestinian Authority*, 304 F. Supp. 2d 232 (D.R.I. 2004) .................... 6

*Estate of Yaron Ungar v. Palestinian Authority*, 153 F. Supp. 2d 76 (D.R.I. 2001) ...................... 7

*Garcia Perez v. Santaella*, 364 F.3d 348 (1st Cir. 2004) ............................................................ 8

*GNB Battery Technologies, Inc. v. Gould, Inc.*, 65 F.3d 615 (7th Cir. 1995) ............................... 9

*Hudson County News Co. v. Metro Assocs., Inc.*, 141 F.R.D. 386 (D. Mass. 1992) .................... 10

*Isdaner v. Beyer*, 53 F.R.D. 4 (E.D. Pa. 1971) ........................................................................ 11

*Johnson v. Alexandria Scrap Corp.*, 445 F. Supp. 1171 (D. Md. 1977)........................................ 12

*Knox v. PLO*, 229 F.R.D. 65 (S.D.N.Y. 2005) ........................................................................ 13

*Metropolitan Life Ins. Co. v. Rivera*, 204 F. Supp. 2d 273 (D.P.R. 2002) .................................. 14

*Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826 (1989) .................................................. 15

*Provident Tradesmens Bank & Trust Co. v. Patterson*, 390 U.S. 102 (1968).............................. 16

*Pujol v. Shearson American Express, Inc.*, 877 F.2d 132 (1st Cir. 1989) ................................... 17

*Rodriguez-Diaz v. Sierra-Martinez*, 853 F.2d 1027 (1st Cir. 1988)............................................ 18

*Soar v. National Football League Players' Ass'n*, 65 F.R.D. 531 (D.R.I. 1975).......................... 19

*Standard Ins. Co. v. Saklad*, 127 F.3d 1179, (9th Cir. 1997)....................................................... 20

*Texaco Refining and Marketing, Inc. v. Davis*, 835 F. Supp. 1223 (D. Or. 1993) ....................... 21

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2007, a true copy of the within Appendix of Authorities in Support of Plaintiff's Objection to Defendants' Motion to Dismiss was sent via ECF to the following counsel of record. Copies of the cases referenced in the within Appendix of Authorities have been filed and served conventionally.

David J. Strachman, Esq.
McIntyre Tate & Lynch, LLP
321 South Main Street
Suite 400
Providence, RI 02903
Telephone: 401-351-7700
Fax: 401-331-6095
djs@mtlhlaw.com

/s/ Matthew F. Medeiros