UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of
the Estate of Yaron Ungar, et al.,

Defendants

**CONSENT MOTION FOR ENLARGMENT OF TIME TO REPLY TO THE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

The Ungar-Judgment Creditors, with the consent of the Plaintiffs, hereby move (1) to enlarge the period of time in which to file their reply to the Plaintiff's response to the motion to dismiss and (2) to reschedule oral argument on the their motion to dismiss.

This motion is supported by the attached memorandum. A proposed order is attached.

Defendants, by their Attorney

/s/David J. Strachman
David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

CERTIFICATION

I hereby certify that on May 14, 2007, a true copy of the within was sent via ECF to counsel of record:

Matthew F. Medeiros
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine St.
Providence, RI 02903

/S/ David J. Strachman

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants

**MEMORANDUM IN SUPPORT OF CONSENT MOTION FOR ENLARGMENT OF TIME TO REPLY TO THE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

The Ungars-Judgment Creditors hereby move, with the consent of the Plaintiffs, to enlarge the period of time in which to file their reply to the Plaintiff's response to the motion to dismiss.

The parties previously stipulated, and the Court approved, to enlarge by an additional month Plaintiff's time to respond to the motion to dismiss.

Prior to the Plaintiff filing its response to the motion to dismiss, the Court scheduled oral argument.

Plaintiff filed its response papers on May 9, 2006.

Due to (1) the length and complexity of the issues raised in Plaintiff's response memoranda and affidavits, (2) the need to obtain their own Arabic translation of Plaintiff's

exhibit, and (3) the necessity to obtain affidavits from individuals abroad, the Ungars-Judgment Creditors respectfully request an additional 20 days, or until June 11, to file their reply brief.

Plaintiff has agreed not to oppose this request provided that oral argument is rescheduled to allow it time to review the Ungars-Judgment Creditors' reply in advance of oral argument. The current schedule allows the Plaintiffs only a few days to consider the Ungars-Judgment Creditors' reply before oral argument.

Thus, parties have also agreed to request rescheduling of oral argument on this matter. Currently, oral argument is scheduled for May 31, 2007.

The parties respectfully request that the Court reschedule oral argument. Plaintiff requests that oral argument be rescheduled to a date at least 10 days (but preferably 2 weeks) after June 11, 2007.

Attached is a proposed order for the Court's consideration.

Ungars-Judgment Creditors,
By their Attorneys

/s/David J. Strachman
David J. Strachman
McIntyre, Tate, & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
djs@mtlhlaw.com

# CERTIFICATION

I hereby certify that on May 14, 2007, a true copy of the within was sent via ECF to counsel of record:

Matthew F. Medeiros
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine St.
Providence, RI 02903

/S/ David J. Strachman