**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff, C.A. No. 06-501 L

v.

DAVID STRACHMAN, as the Administrator of The Estate of Yaron Ungar; DVIR UNGAR, Minor, By his Guardians and Next Friend; YISHAI UNGAR, By His Guardians and Next Friend; JUDITH UNGAR; MEIR UNGAR; URI DASBERG and JUDITH DASBERG, in their Capacity as Legal Guardians of Dvir Ungar and Yishai Ungar; MICHAL COHEN; AMICHAI UNGAR, and DAFNA UNGAR,

Defendants.

**PLAINTIFF'S JURY DEMAND**

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all claims triable of right by a jury.

/s/ Matthew F. Medeiros
Matthew F. Medeiros (#1856)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903
Telephone: 401-272-8080
Fax: 401-521-3555
mfm@lmkbw.com

Counsel for Plaintiff

Dated: May 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2007, a true copy of the within Plaintiff's Jury Demand was sent via ECF to counsel of record:

David J. Strachman, Esq.
McIntyre Tate & Lynch, LLP
321 South Main Street
Suite 400
Providence, RI 02903
Telephone: 401-351-7700
Fax: 401-331-6095
djs@mtlhlaw.com

/s/ Matthew F. Medeiros