UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants

ORDER

Upon consideration of the Consent Motion to enlarge and to reschedule oral argument, it is hereby ordered:

1. The Ungars-Judgment Creditors shall have until June 12, 2007 to file their reply brief.

2. Oral argument on the Ungars-Judgment Creditors' motion to dismiss shall be rescheduled to be determined.

SO ORDERED.

Ronald R. Lagueux

Senior Judge Ronald R. Lagueux
United States District Court
5/21/07