LAW OFFICE OF

# JAROSLAWICZ & JAROS

150 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038

(212) 227-2780

DAVID JAROSLAWICZ
(NY, FA & CA BARS)
ABRAHAM JAROS

ROBERT J. TOLCHIN
OF COUNSEL
RJT@tolchinlaw.com

June 12, 2007

**BY FAX, MAIL, AND EMAIL**
Thomas G. Rohback, Esq. (trohback@llgm.com)
Gail L. Gottehrer, Esq. (glgotteh@llgm.com)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street, 13th Floor
Hartford, Connecticut 06103

Fax: 860-293-3555

Re: The Palestine Investment Fund

Dear Tom and Gail,

I write with reference to my letter of October 24, 2006 in which I referred to the possibility of the Ungars and/or the PIF making a claim against LeBoeuf, Lamb, Greene & MacRae LLP ("LeBoeuf") under the RICO Act or other causes of action for interfering with the Ungars' efforts to collect their judgment.

Since that October 24 letter, the Ungars and PIF have concluded—based on statements made in and exhibits filed with LeBoeuf's opposition papers in the matter of *Leboeuf, Lamb, Greene & Macrae LLP v. Strachman et al.*, C.A. No. 06-501-L-DLM (D.R.I.), and on other information recently obtained through third-party discovery—that LeBoeuf is not interfering with the Ungars' enforcement proceedings solely on its own initiative, but rather pursuant to the instructions of its clients who are certain former directors and officers of the PIF and agents of the Palestinian Authority, including Dr. Mohammed Mustafa.

Accordingly, the Ungars and the PIF have decided to adopt the following position:

(a) The Ungars and the PIF will not sue LeBoeuf or any of its attorneys under RICO or any other cause of action, for any past or future action taken by

LeBoeuf (including without limitation the filing of papers or pleadings) on behalf of any person or entity which LeBoeuf believes to be its client;

(b) The Ungars and the PIF fully intend to bring an action for damages under RICO and any other available causes of action against Dr. Mustafa and any of the other former directors and/or officers of the PIF who are purporting to act in the name of the PIF and/or otherwise unlawfully interfering with the enforcement of the Ungars' judgment.

Specifically, if LeBoeuf purports to take any actions (including without limitation appearing or filing any papers or pleadings) on behalf of the PIF in any United States court, the Ungars and the PIF intend to bring an action for RICO and other causes of action against Dr. Mustafa, Shukri Bishara and any other former director or officer of PIF who causes LeBoeuf to take such actions. Again, no suit will be brought against LeBoeuf or its attorneys for taking such actions; the suit will be brought only against the dismissed directors and officers of the PIF who purport to retain LeBoeuf to act for the PIF.

I note that the Ungars' decision to hold LeBoeuf harmless is made purely *ex gratia*, and may not be construed otherwise.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Robert J. Tolchin

Robert J. Tolchin