UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEBOEUF, LAMB, GREENE & MACRAE LLP,

Plaintiff,

v. C.A. No. 06-501-L-DLM

DAVID STRACHMAN, as the Administrator of the Estate of Yaron Ungar, et al.,

Defendants.

**SUPPLEMENTAL DECLARATION OF AMICHAI UNGAR**

I, Amichai Ungar, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. As stated in my previous declaration in this matter, I have resided exclusively in Israel for over seven years.

2. I live in a joint household together with my wife and children (none of whom are American citizens) in Israel.

3 Over the past seven years, I visited the United States on six occasions. The length of those visits averaged about two weeks each. The longest of these visits was for a period of between three and four weeks.

4 I stayed in hotels during all these visits, except for a weekend that I spent with a relative in New York, and several days I spent in a private home in Rhode Island (during the damages hearing in the matter of Estates of Ungar et al. v. the Palestinian Authority et al., C.A. 00-105L (D.R.I.)).

5. Aside from the visits described above, I was not present in the United States during the past seven years.

6. I do not own, rent, use or borrow any real property in the United States, at no time during the past seven years did I own any real property in the United States, and at no time

during the past seven years did I rent, use or borrow any real property in the United States except for the pay per diem hotels and private homes I stayed in as a guest of the owners during my visits described in ¶ 4 above.

7. I do not own any motor vehicles in the United States, and at no time during the past seven years did I own any motor vehicles in the United States.

8. I do not have any bank accounts in the United States, and at no time during the past seven years did I have any bank accounts in the United States.

9. I do not have a driver's license from any jurisdiction in the United States, and at no time during the past seven years did I have a driver's license from any jurisdiction in the United States.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

June 12, 2007

Amichai Ungar