UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Leboeuf, Lamb, Greene & Macrae LLP }
}
Plaintiff }
v. }
C.A. No. 06-501L
}
David Strachman, Administrator of the )
Estate of Yaron Ungar, )
Dvir Ungar; Yishai Ungar; Judith )
Ungar; Meir Ungar, Judith Dasberg as )
Legal Guardian of Dvir Ungar & Yishai Ungar; )
Uri Dasberg as Legal Guardian of Dvir Ungar )
& Yishai Ungar; Michal Cohen, Amichai )
Ungar, Dafna Ungar,

Defendants

JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ x ] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants.

Deputy Clerk
June 19, 2007